UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 6 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

S.D. EDMONDS,            :
                         :
            Plaintiff,   :
                         :
    v.                   :    Civil Action No. 02-1294
                         :              (ESH)
FEDERAL BUREAU OF INVESTIGATION, :
                         :
            Defendant.   :
_____:

### ORDER

Based on the status conference held this date, it is hereby

**ORDERED** that by January 31, 2003, defendant shall complete the expedited processing of plaintiff's FOIA request and provide plaintiff with all documents as to which no exemption is being claimed; it is

**FURTHER ORDERED** that by February 18, 2003, defendant shall provide plaintiff with a *Vaughn* index for documents withheld; it is

**FURTHER ORDERED** that by February 20, 2003, plaintiff shall provide defendant with a list of the withheld documents that plaintiff does not contest; and it is

**FURTHER ORDERED** defendant shall file its motion for summary judgment by February 28, 2003.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Dated: 12/13/02

23